IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| JATINDER SHARMA, )<br>　　　　Plaintiff, )<br>　　-v- )<br>USA INTERNATIONAL, LLC, *et al.*, )<br>　　　　Defendants. ) | Civil No. 1:13-cv-1573<br><br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the defendants' motion for summary judgment. (Dkt. No. 45). Plaintiff has opposed the motion, and defendants have replied. (Dkt. Nos. 56, 57). For the reasons to be discussed in a forthcoming Memorandum Opinion, it is hereby ORDERED that

the motion for summary judgment (Dkt. No. 45) is GRANTED. This Order does not constitute a final judgment for the purpose of appeal. The Court will issue a final judgment Order accompanying the Memorandum Opinion.

Date: May 27, 2015
Alexandria, Virginia

　　　　　　　　　　/s/
Liam O'Grady
United States District Judge